# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRACE SMITH, MICHAEL SMITH, and J.A. SMITH,** *Plaintiffs*, <br><br> v. <br><br> **ST. LUKE'S HOSPITAL UNIVERSITY HEALTHCARE NETWORK-ANDERSON CAMPUS, et al.,** *Defendant*. | **CIVIL ACTION NO. 2:22-cv-001478-MMB** |

## ORDER RE PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS

**AND NOW**, this 10th day of June, 2022, it is hereby **ORDERED** that:

Plaintiffs Smiths shall respond to Defendant's Motion to Dismiss the Complaint (ECF Nos. 12 and 13) within fourteen (14) days of this Order (i.e., by June 20, 2022).  Plaintiffs' response is limited to twenty (20) double-spaced pages.  If Plaintiffs do not respond to Defendants' Motion to Dismiss within fourteen (14) days, Defendants' Motion may be granted as unopposed.  See EDPA Local Rule of Civil Procedure 7.1(c).  Plaintiffs must comply with the Federal Rules of Civil Procedure and this Court's Local Rules.

**BY THIS COURT:**

**/s/ MICHAEL M. BAYLSON**

_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 22\22-1478 Smith et al v. St. Luke's Hospital et al\22cv1478 Order Re PI Resp to MTD.docx